**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DAVID OLSON,        :   No. 271 MAL 2023

           Petitioner       :

                              :   Petition for Allowance of Appeal

                              :   from the Order of the Superior Court

         v.                   :

                              :

LEHIGH UNIVERSITY,     :

                              :

           Respondent      :

## ORDER

**PER CURIAM**

       **AND NOW**, this 13th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.